DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

SCOTT MEIER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2163

————————————————

April 17, 2026

Appeal from the Circuit Court for Manatee County; Frederick P. Mercurio, Judge.

Peter Lombardo of Law Office of Peter Lombardo, Bradenton, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Cynthia Richards, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


BLACK, ATKINSON, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.